UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : Hon. William H. Walls |
| v. | : Crim. No. 10-79 |
| **ALIKI WEBB**<br>a/k/a "Tyrone Jones" | : ORDER FOR DISMISSAL |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, Paul J. Fishman, the United States Attorney for the District of New Jersey, hereby dismisses the Indictment, Crim. No. 10-79 (WHW), against defendant Aliki Webb, a/k/a "Tyrone Jones," which Indictment was filed on February 8, 2010, charging the defendant in Count One with possessing with intent to distribute a mixture or substance containing heroin, a Schedule I controlled substance and a mixture or substance containing cocaine, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C), and in Count Two with possessing a firearm after conviction of a felony, in violation of 18 U.S.C. § 922(g), because further prosecution of this charge is not in the interests of the United States at this time.

This dismissal is without prejudice.

_____
PAUL J. FISHMAN
United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

_____
HON. WILLIAM H. WALLS
United States District Judge

Dated: July __, 2012